# EXHIBIT 1

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002241677 / 2021-01-27

Application Title: David Bowie

Title:              David Bowie. [Group registration of published photographs.
                        54 photographs.  1995-08-01 to 1995-08-01]

Description:        54 photographs : Electronic file (eService)

Copyright Claimant:
                    Gavin Evans.

Date of Creation:   1995

Publication Begin/End Dates:
                    1995-08-01 to 1995-08-01

Nation of First Publication:
                    United Kingdom

Authorship on Application:
                    Gavin Evans; Domicile: Germany; Citizenship: Germany.
                        Authorship: photographs.

Rights and Permissions:
                    Gavin Evans, Carmer Strasse 1, Berlin, 10623, Germany, +49
                        157 58542609, info@gavinevans.com

Copyright Note:     Regarding title information: Deposit contains complete list
                        of titles that correspond to the individual photographs
                        included in this group.
                    Regarding group registration: A group of published
                        photographs may be registered on one application with
                        one filing fee only under limited circumstances. ALL of
                        the following are required: 1. All photographs (a) were
                        created by the same author AND (b) are owned by the same
                        copyright claimant AND (c) were published in the same
                        calendar year AND 2. The group contains 750 photographs
                        or less AND 3. A sequentially numbered list of
                        photographs containing the title, file name and month of
                        publication for each photograph included in the group
                        must be uploaded along with other required application
                        materials. The list must be submitted in an approved
                        document format such as .XLS or .PDF. The file name for
                        the numbered list must contain the title of the group
                        and the Case Number assigned to the application.

Names:              Evans, Gavin

================================================================================
```